IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA  )
                          )    CRIMINAL ACTION NO.
     v.                   )       2:10cr186-MHT
                          )          (WO)
LARRY P. MEANS            )
```

### ORDER

Upon careful consideration of defendant Larry P. Means's oral motion for judgment of acquittal made in open court on July 29, 2011, it is ORDERED that the motion is denied.

DONE, this the 1st day of August, 2011.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE