IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )        2:10cr186-MHT
LARRY P. MEANS              )             (WO)
```

ORDER

It is ORDERED as follows:

(1) Defendant Larry P. Means's motions to dismiss and for acquittal (Doc. Nos. 1749, 1750 & 1751) are set for submission, without oral argument, on September 30, 2011.

(2) By September 9, 2011, defendant Means is to file a brief in support of his motion for acquittal.

(3) By September 23, 2011, the government is to file a response.

(4) By September 30, 2011, defendant Means may file a reply.

(5) With regard to the briefs, the court makes two observations.  First, Means's motion for acquittal is inadequate as to sufficiency of the evidence.  It is

conclusory at best.  All briefs addressing the motion must explain in detail how, point by point, the trial evidence is allegedly lacking or is adequate.  Second, any brief addressing the trial evidence should cite where the evidence can be found in the trial transcripts, by page and line.

    DONE, this the 29th day of August, 2011.

                                          <u>/s/ Myron H. Thompson</u>
                                          **UNITED STATES DISTRICT JUDGE**