IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )   CRIMINAL ACTION NO.
                              )     2:10cr186-MHT
LARRY P. MEANS                )        (WO)
```

<u>ORDER</u>

It is ORDERED that defendant Larry P. Means's motion

for judgment of acquittal (Doc. No. 2365) is denied.

DONE, this the 29th day of February, 2012.

        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE